FIRST-CLASS MAIL
$00.44⁹
ZIP 07102
041L11214751

neopost
01/10/2012
US POSTAGE

RECEIVED CLERK
U.S. DISTRICT COURT

2011 JAN 19  P 10: 36

REFUSED
RTS — RETURN TO SENDER

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

## Service of Process:

2:11-cv-07640-DRD-MAS CHRISTOPHER v. BRYAN

Paper recipients: 1    Mailing Labels

RECEIVED CLERK
U.S. DISTRICT COURT
2011 JAN 19 P 10: 37

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 1/9/2012 at 4:28 PM EST and filed on 1/9/2012
**Case Name:**     CHRISTOPHER v. BRYAN
**Case Number:**   2:11-cv-07640-DRD-MAS
**Filer:**
**Document Number:** 2

**Docket Text:**
**SUMMONS ISSUED as to MICHAEL J. BRYAN Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. Issued By *Marie S. Nunes* (mailed to plaintiff) (mn, )**

2:11-cv-07640-DRD-MAS Notice has been electronically mailed to:

2:11-cv-07640-DRD-MAS Notice will not be electronically mailed to::
MARK CHRISTOPHER
20 PARK AVENUE
MAPLEWOOD NJ 07040
US

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**MARK CHRISTOPHER,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**MICHAEL J. BRYAN,**
*Defendant*

CASE NUMBER: **2:11-CV-07640-DRD-MAS**

TO: *(Name and address of Defendant):*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Marie S. Nunes**
(By) DEPUTY CLERK



ISSUED ON 2012-01-09 16:28:47.0, Clerk
USDC NJD

|  | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify) : _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   _____       _____
                       *Date*                                *Signature of Server*

                                              _____
                                                        *Address of Server*